CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

MICHAEL ROOFIAN (SBN: 146787)
michael@roofianlaw.com
MICHAEL ROOFIAN & ASSOCIATES, APC
11766 Wilshire Boulevard, 6th Floor
Los Angeles, California 90025
Telephone: (310) 445-3311
Facsimile: (310) 473-2525
Attorney for Defendant
RPS Capital Investments, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY SCHERER,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>RPS CAPITAL INVESTMENTS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case: 2:17-CV-00331-BRO-SK<br><br>ORDER ON<br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 9, 2017     CENTER FOR DISABILITY ACCESS

By: ___/s/ Phyl Grace_____
    Phyl Grace
    Attorneys for Plaintiff

Dated:     MICHAEL ROOFIAN & ASSOCIATES, APC

By: _____
    Michael Roofian
    Attorney for Defendant
    RPS Capital Investments, LLC

**IT IS SO ORDERED.**

**DATED:** August 9, 2017

_____
UNITED STATES DISTRICT JUDGE

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:                      CENTER FOR DISABILITY ACCESS

By: _____
Phyl Grace
Attorneys for Plaintiff

Dated: 8-3-17       MICHAEL ROOFIAN & ASSOCIATES, APC

By: _____
Michael Roofian
Attorney for Defendant
RPS Capital Investments, LLC